1  Robert D. Phillips, Jr. (SBN 82639)
   rphillips@reedsmith.com
2  Tamara M. Rowles (SBN 228940)
   trowles@reedsmith.com
3  REED SMITH LLP
4  355 South Grand Avenue, Suite 2900
   Los Angeles, CA  90071-1514
5  Telephone:  213 457 8000
   Facsimile:  213 457 8080
6
7  Thomas A. Evans (SBN 202841)
   tevans@reedsmith.com
8  Linda B. Oliver (SBN 166720)
   loliver@reedsmith.com
9  REED SMITH LLP
   1999 Harrison Street
10 Suite 2400
   Oakland, CA 94612-3572
11 Telephone:  510 763 2000
12 Facsimile:  510 273 8832
13
   Attorneys for Defendant Pacific Life
14 Insurance Company
15
                    UNITED STATES DISTRICT COURT
16            CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

17 | FREEMAN INVESTMENTS, L.P., TRUSTEE DAVID KEMP, TRUSTEE OF THE DARREL L. FREEMAN IRREVOCABLE TRUST, AND TRUSTEE DAVID KEMP, TRUSTEE OF THE FREEMAN JOINT IRREVOCABLE TRUST, individually, and on behalf of a class of others similarly situated, | No.: SACV 08-01134 DOC (ANx)
   | | **JUDGMENT**
   | | 
   | | Honorable David O. Carter
   | Plaintiffs, |
   |     vs. |
   | PACIFIC LIFE INSURANCE COMPANY, |
   |        Defendant. |

The Court having granted defendant Pacific Life Insurance Company's motion to dismiss without leave to amend as to all claims for relief,

IT IS ORDERED AND ADJUDGED that plaintiffs take nothing, that the action be dismissed on the merits and that defendant Pacific Life Insurance Company recover its costs.

DATED: April 1, 2009

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

US_ACTIVE-101352098.1